Stephen C. STANKO, Plaintiff–
Appellant,

v.

Michael MOORE, Director of South
Carolina Department of Corrections;
Willie Weldon, Warden of Lieber Cor-
rectional Institution; Rickie Harri-
son, Warden of Kershaw Correctional
Institution; Robin Chavis, Associate
Warden of Kershaw Correctional In-
stitution; Stanley Burtt, Warden of
Kershaw Correctional Institution, De-
fendants–Appellees.

No. 00–7541.

United States Court of Appeals,
Fourth Circuit.

Submitted March 8, 2001.

Decided March 15, 2001.

Stephen C. Stanko, pro se. Terry B.
Millar, Rock Hill, SC, for appellees.

Before MOTZ, TRAXLER, and KING,
Circuit Judges.

PER CURIAM.

Stephen C. Stanko appeals the district
court's order dismissing his 42 U.S.C.A.
§ 1983 (West Supp. 2000) complaint.
Stanko's case was referred to a magistrate
judge pursuant to 28 U.S.C. § 636(b)(1)(B)
(1994). The magistrate judge recom-
mended that relief be denied and advised
Stanko that failure to file specific objec-
tions to this recommendation could waive
appellate review of a district court order
based upon the recommendation. Despite
this warning, Stanko failed to file specific
objections to the magistrate judge's recom-
mendation.

The timely filing of specific ob-
jections to a magistrate judge's recommen-
dation is necessary to preserve appellate
review of the substance of that recommen-
dation when the parties have been warned
that failure to object will waive appellate
review. *See Wright v. Collins,* 766 F.2d
841, 845–46 (4th Cir.1985); *see also Thom-*

*as v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). Stanko has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*